# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| Bay Circle Properties, LLC, Et. Al., | : | CASE NO. 15-58440-WLH |
| Debtor(s) | : | CHAPTER 11 |
| Bay Circle Properties, LLC, DCT Systems Group, LLC, Sugarloaf Centre, LLC, Nilhan Developers, LLC, and NRCT, LLC | : | |
| | : | CAFN 1:17-CV-04715-CAP |
| Debtor/Appellant | : | |
| v. | : | |
| SEG Gateway, LLC and Good Gateway, LLC | : | |
| Creditor / Appellee | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that M. Denise Dotson LLC counsel for Bay Circle Properties, LLC, DCT Systems Group, LLC, Sugarloaf Centre, LLC, Nilhan Developers, LLC and NRCT, LLC (collectively, the "Appellants"), enters an appearance for Appellants and requests to be added to the official mailing matrix and served lists in this case, and that copies of all pleadings, motion, notices and

other papers, filed or served, in this case or any proceeding therein, be served upon the following addresses or email address:

>M. Denise Dotson LLC
>P.O. Box 435
>Avondale Estates, GA  30002
>Telephone: 404-210-0166
>Email: ddotsonlaw@me.com

Dated this 5th day of February, 2018.

>BY: M. DENISE DOTSON, LLC
>/s/ M. Denise Dotson
>M. Denise Dotson
>Georgia Bar No. 227230
>P.O. Box 435
>Avondale Estates, GA  30002
>(404) 210-0166 Phone
>ddotsonlaw@me.com

CERTIFICATE OF SERVICE

I, M. Denise Dotson, certify that I caused a true and correct copy of the foregoing to be served upon the party listed below via first class United States mail in a properly addressed envelope with sufficient postage affixed thereto.

Walter E. Jones
30 Ivan Allen Jr. Blvd, NW
Suite 600
Atlanta, GA 30308

This the 5th day of February, 2018.

BY: M. DENISE DOTSON, LLC
 /s/ M. Denise Dotson
M. Denise Dotson
Georgia Bar No. 227230
P.O. Box 435
Avondale Estates, GA  30002
(404) 210-0166 Phone
ddotsonlaw@me.com