IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BAY CIRCLE PROPERTIES, LLC; DCT SYSTEMS GROUP, LLC; SUGARLOAF CENTRE, LLC; NILHAN DEVELOPERS, LLC and NRCT, LLC<br><br>    Debtor/Appellant<br><br>v.<br><br>SEG GATEWAY, LLC and GOOD GATEWAY, LLC<br><br>    Creditor/Appellee | CASE NO: 1:17-cv-04715 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 8012, the undersigned counsel for the Creditor-Appellees certifies that the following is a full and complete list of all corporations, as defined in Title 11, Section 101(9) of the United States Code, that have an interest in the outcome of the particular case or appeal, including parent corporations and any publicly held corporation that owns 10% or more of the party's stock:

(1) SEG Gateway, LLC's membership interest is 100% owned by Good Gateway, LLC.

(2) Good Gateway, LLC's membership interest is 61.54% owned by Good Gateway Ventures, LLC and 38.46% owned by Good Capital Ventures II, LLC.

15721421.1

Dated: March 7, 2018.

/s/ Walter E. Jones
Walter E. Jones
Georgia Bar Number 163287

*Attorney for Creditor-Appellees Good Gateway, LLC and SEG Gateway, LLC*

**Balch & Bingham LLP**
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
wjones@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Brief of Creditor-Appellees has been electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

This 7th day of March, 2018.

/s/ Walter E. Jones
Walter E. Jones
Georgia Bar Number 163287